IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 17-21- UNA |
| ) | |
| DEBASISH MUHURI, ) | |
| ) | |
| Defendant. ) | |

## BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through David C. Weiss, Acting United States Attorney for the District of Delaware, and Lesley F. Wolf, Assistant United States Attorney for the District of Delaware, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment in this matter included a Notice of Forfeiture. The paragraph of that notice stated that:

Upon conviction of any of the offenses alleged in Counts One through Four of this Indictment, defendant shall forfeit to the United States pursuant to Title 7, United States Code, Section 2024, all property, real and personal, used in a transaction or attempted transaction, to commit, or traceable to such offenses, including, but not limited to the following:

- The real property located at 2120 North Market Street, Wilmington, Delaware;

- All funds held in WSFS Bank Account #210769774, held in the name of Mama's Convenient/Uniform Store LLC;

- All funds held in WSFS Bank Account #210619409, held in the name of Dwaipayan Muhuri or Shila Muhuri;

- All funds held in WSFS Bank Account #210747267, held in the name of Shila Muhuri;

- All funds held in PNC Bank Account #5699086698, held in the name of Shila Rani Muhuri dba SM Jewelries; and

- All funds held in PNC Bank Account #5700042239, held in the name of Shila Rani Muhuri dba Mama's Convenient Uniform Store.

The above paragraph should instead state:

Upon conviction of any of the offenses alleged in Counts One through Four of this Indictment, defendant shall forfeit to the United States pursuant to Title 7, United States Code, Section 2024, all property, real and personal, used in a transaction or attempted transaction, to commit, or traceable to such offenses, including, but not limited to the following:

- The real property located at 2120-2122 and 2124 North Market Street, Wilmington, Delaware (Tax Parcel Number 26-022.30-401);

- The real property located at 2126 North Market Street, Wilmington, Delaware (Tax Parcel Number 26-022.30-400);

- The real property located at 2128 North Market Street, Wilmington, Delaware (Tax Parcel Number 26-022.30.399);

- All funds held in WSFS Bank Account #210769774, held in the name of Mama's Convenient/Uniform Store LLC;

- All funds held in WSFS Bank Account #210619409, held in the name of Dwaipayan Muhuri or Shila Muhuri;

- All funds held in WSFS Bank Account #210747267, held in the name of Shila Muhuri;

- All funds held in PNC Bank Account #5699086698, held in the name of Shila Rani Muhuri dba SM Jewelries; and

- All funds held in PNC Bank Account #5700042239, held in the name of Shila Rani Muhuri dba Mama's Convenient Uniform Store.

Respectfully submitted,

DAVID C. WEISS
Acting United States Attorney

BY:  /s/ Lesley F. Wolf
Lesley F. Wolf
Assistant United States Attorney

DATED: March 24, 2017