**1702 Kirkwood Highway**
**Suite 2C**
**Wilmington, DE 19805**
**Phone:** 302.482.4802 **Fax:** 888.317.7616
jra@antoinelaw.pro



*Professional Limited Liability Company*

December 21, 2017

Chief Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, DE 19801-3555

      RE:  **United States of America v. Debasish Muhuri**
      **Case No.: 17-21-LPS**

Dear Chief Judge Stark:

      My client is currently scheduled for a change of plea hearing on January 24th, 2018. I would kindly request that the hearing be converted into a telephone conference. I spoke with the Assistant United States Attorney Lesley Wolf and she would concur with this request. Additional time is needed to come to a possible non-trial resolution of the case. I am in negotiations with Ms. Wolf and plan to meet with her after the holidays. I am reviewing discovery material. My client requests that this additional time be deemed excludable time for speedy trial purposes.

                            Respectfully Submitted,

                              Jason R. Antoine

JRA/amz
cc: Lesley Wolf Assistant United States Attorney
Client